UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMMY STEPHON SULLIVAN,<br><br>                    Petitioner,<br><br>           v.<br><br>STU SHERMAN, Warden,<br><br>                    Respondent. | Case No. 2:20-09117 JLS (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE<br>AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Petitioner's Objections to the District Court Nondispositive Order, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated February 12, 2021 [Dkt. No. 7].

Finding no objections to the United States Magistrate Judge's Report and Recommendation on file, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 7] is accepted;

    2.       The Petition is dismissed with prejudice; and

    3.       Judgment is to be entered accordingly.

DATED: March 24, 2021        _____
                                           THE HONORABLE JOSEPHINE L. STATON
                                           United States District Judge